### CLIFFORD FOSTER CHAPMAN v. STATE OF FLORIDA

26 So. (2nd) 509            January Term, 1946
May 24, 1946                 Division A
Rehearing denied June 14, 1946

*Roach & Hoyl,* for appellant.

*J. Tom Watson,* Attorney General, and *Cecil T. Farrington,* Assistant Attorney General, for appellee.

PER CURIAM:

This appeal is from a conviction of manslaughter. The evidence disclosed that appellant, while under the influence of liquor and driving his automobile in a most reckless manner, killed the deceased. We find no reversible error of procedure and affirm the judgment.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.